*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STARITA, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Julio C. RODRIGUEZ-VAZQUEZ**
Fireman (E-3), U.S. Navy
*Appellant*

**No. 202100243**

_____

Decided: 26 January 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Jonathan T. Stevens

Sentence adjudged 27 May 2021 by a special court-martial convened at Naval Submarine Base New London, Connecticut, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 8 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander W. Scott Stoebner, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.